Nikhil Shreeham Agharkar
State Bar # 247757
Email: fedcourt@pierrepierrelaw.com
Pierre Pierre Law, P.C.
180 Promenade Circle North
Suite 300 - #1147
Sacramento, California 95834
Telephone: (646) 992-8383
Facsimile: (718) 504-6962

Attorneys for Plaintiff:
Eric Thomas Tisdale

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Eric Thomas Tisdale, | ) | Case No.: 4:25-cv-05117-YGR |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| vs. | ) | **[PROPOSED] ORDER FOR** |
| | ) | **THE AWARD AND PAYMENT** |
| | ) | **OF ATTORNEY FEES** |
| Commissioner of Social Security, | ) | **PURSUANT TO THE EQUAL** |
| Defendant. | ) | **ACCESS TO JUSTICE ACT, 28** |
| | ) | **U.S.C. § 2412(d), AND COSTS** |
| | ) | **PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412(d), in the amount of $14,100.00, plus $405.00 in costs. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

Plaintiff was the prevailing party in this matter and Plaintiff is an individual whose net worth does not exceed $2,000,000 at the time the civil action was filed. The position of the Commissioner was not substantially justified and an award of fees is not unjust.

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney, Eddy Pierre Pierre, Esq.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. Fees can be made payable by check or electronic funds transfer (EFT).

If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned her right to EAJA fees to his attorney; (2)

determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the EAJA fees will be made payable to Plaintiff's attorney, Eddy Pierre Pierre, Esq., pursuant to Assignment.  However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check or EFT made out to Plaintiff, but delivered to Plaintiff' s attorney, Eddy Pierre Pierre, Esq, pursuant to the assignment executed by Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

The parties further agree that the EAJA award is without prejudice to the right of Plaintiff's attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. See 28 U.S.C. § 2412(c)(1) (2006).

Dated:  April 7, 2026                          Respectfully Submitted,

                                               Pierre Pierre Law, P.C.

                                               *all signatories listed, and on whose
                                               behalf the filing is submitted, concur in
                                               the filing's content and have authorized
                                               this filing.


                                               By: /s/ Nikhil Shreeham Agharkar
                                                   Attorney for Plaintiff


                                               CRAIG H. MISSAKIAN
                                               United States Attorney

                                               By: /s/Zachary James Berkoff-Cane*
                                                   Zachary James Berkoff-Cane
                                                   Special Assistant U.S. Attorney
                                                   Attorneys for Defendant


# ORDER

Pursuant to Stipulation, it is So Ordered.


DATE:  April 9, 2026


Honorable Yvonne Gonzalez Rogers
United States District Judge

4